UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    LEROY ADAMS

CASE NO. 20-44563-PJS
CHAPTER 13
HONORABLE PHILLIP J. SHEFFERLY

    DEBTOR.
_____/

SHAUNAY T. STEEL
Attorney for Debtor
555 Brush Street, Apt. 1018
Detroit, MI 48226
(313) 977-8999
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 4th day of May, 2020, a copy of the Objection of Santander Consumer USA Inc. to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| David W. Ruskin | Shaunay T. Steel |
| Trustee | Attorney at Law |
| 26555 Evergreen Road, Suite 1100 | 555 Brush Street, Apt. 1018 |
| Southfield, MI 48076 | Detroit, MI 48226 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED:  May 4, 2020